UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. Ramon Maldonado, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 5: 17-379-DCR |
| V. | ) ) | |
| BALL HOMES, LLC, et al., | ) | **JUDGMENT** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      The Complaint is **DISMISSED** with prejudice to Relator Ramon Maldonado and without prejudice to the United States.

2.      This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 29th day of June, 2018.



Signed By:
_Danny C. Reeves_   DCR
United States District Judge